Exhibit 5

| Sonoff – Smart Home Devices with eWeLink App and Google Assistant<br>(See product list at end of chart for models)<br><br>Infringement of the '867 patent | |
|---|---|
| Claim 1 | Evidence |
| 1. A method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device, comprising: | The Sonoff smart home device and eWeLink App perform a method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device.<br><br>For example, the eWeLink App running on a Google Assistant-enabled mobile device can be used to control a smart home device via voice commands given by a user.<br><br>"OK GOOGLE, TURN MY LIGHTS ON" <br><br>Connect your SONOFF products with the Google Assistant to control your smart home with direct actions and voice commands. Just say, "Ok Google, turn on my lights" and watch your products come to life.<br><br>  <br><br>"OK Google, turn on the living room light."   "Ok Google, set the light to 70%"   "Hey Google, brighten the bedroom light"<br><br>[1] |

1

Several models of Sonoff smart home devices can be controlled by voice commands using a Google Assistant-enabled device (e.g. Android and iOS smartphones).



[1]



[1]
Google Assistant comes built-in with Android mobile devices such as smartphones and tablets. As well, it can be downloaded to mobile devices, such as those running the iOS operating system.

### 1. Get the Google Assistant

The Google Assistant is built into some products and can be added to others. For example:

- Google Nest or Home speakers or displays and other Google Assistant-enabled speakers - built in ⊠
- Google Nest Hub - built in ⊠
- Android phone or tablet - built in ⊠
- iPhone or iPad - download the app ⊠
- Nest Cam IQ Indoor - built in, must be connected to your Google Assistant
- Nest Guard - built in, must be connected to your Google Assistant

For the latest information about **additional devices** that support the Google Assistant, visit the Google Assistant page.

[3
]
The eWeLink App can be downloaded from Google Play.

# eWeLink - Smart Home

**CoolKit Technology**   **Lifestyle**

E Everyone

⚠ You don't have any devices

⊞ Add to wishlist

[2]

| | One app, countless devices |
| | eWeLink is the app platform that supports multiple brands of smart devices including SONOFF. It enables connections between diversified smart hardware and integrates popular Smart Speakers such as Amazon Alexa and Google Assistant. All these make eWeLink your ultimate home control center. [2] |
| using a first device to (a) obtain visual or auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulate the obtained information, and (c) transmit the manipulated information to a distal computer system; | The eWeLink App running on a Google Assistant-enabled mobile device is a first device that (a) obtains auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulates the obtained information, and (c) transmits the manipulated information to a distal computer system. For example, using the eWeLink App and a Google Assistant-enabled mobile device, a user can give a voice command to control a smart home device. Some example voice commands are "Hey Google, brighten the bedroom light." |



"Hey Google, brighten the bedroom light"

[1]
For example, the Google Assistant-enabled mobile device running the eWeLink App receives the voice command, performs sampling and analog to digital conversion, and transmits the command in digital form using data networking protocols to remote Google Assistant servers.

| | |
|---|---|
| | Figure 1 shows a successful fulfillment and execution of a smart home `EXECUTE` intent.<br><br><br><br>**Figure 1.** A successful developer cloud execution path.<br><br>[6] |
| the distal computer system operating as a remote human-to-device command translation service provider using at least a portion of the manipulated information to | The Smart We Link Google Action (eWeLink support) enables the distal computer system to operate as a remote human-to-device command translation service provider by using at least a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the second device.<br><br>For example, the Smart We Link Google Action (eWeLink support) needs to be setup for the smart home device to respond to voice commands. Google Home needs to be linked to the Sonoff devices, and the Sonoff devices need to be |

| | |
|---|---|
| translate the human-understandable device command into a formatted device command executable by the second device; | added to the user's eWeLink account. |

**What Sonoff devices can work with Google Assistant?**

Almost all Sonoff models are compatible with Google Assistant. Here's the list (updating): Sonoff S26, Sonoff iFan02,  Sonoff S31, Sonoff B1, Sonoff T1 UK, Sonoff T1 EU, Sonoff T1 US, Sonoff RF Bridge 433, Sonoff S30, Sonoff 4CH & Sonoff 4CH R2, Sonoff 4CH Pro & Sonoff 4CH Pro R2, Sonoff Dual, Sonoff LED, Sonoff Basic, Sonoff RF, Sonoff SV, Sonoff Slamper, Sonoff Touch EU/US, S20 Smart Socket, iFan(just turn on/off), S22, Sonoff Pow, Sonoff TH10/TH16 and Sonoff Hum, BN-SZ01, Sonoff G1, 1 Channel Inching/Self-Locking WiFi Switch.

**Get started**

First, download the eWeLink app for Android from Google Play or iOS from App Store and create an account. Add your Sonoff models to your eWeLink account.

Download the Google Home mobile app for Android or iOS and set up your Google Home device with your Google account before connecting with eWeLink.

Make sure the language you select on Google Home is US English, otherwise, it will fail to recognize your commands, fail to sync device status, and fail to recognize your device nicknames.

[9]

**How to connect Google Assistant with eWeLink?**

1. Launch Google Home app and tap the menu.

2. Verify that the Google account that is listed is the one you used to set up Google Home. To switch accounts, click the drop-down arrow to the right of the account name

3. Tap **Home control**.

4. Under **Devices**, tap the + icon in the bottom right.

5. Tap **Smart We Link**.

8

6.Enter your eWeLink account email address/phone number, those phone number accounts need to select the right country code. Enter your password and tap **Log In**.

7. After logging in successfully, it will display all the devices in your eWeLink account. Tap **Done** on the upper right.

8. Tap **GOT IT**.

9. In **Home control**, you'll see all those devices supported by Google Home voice control.

10. All done. Now let's get started to voice control the devices.

[9]

For example, the Smart We Link Google Action (eWeLink support) in conjunction with Google Assistant voice control services interprets voice commands and translates them into device commands that are executable by the smart home device. The Smart We Link Google Action (eWeLink support) works with Google Assistant to fulfill user requests spoken in natural language to trigger smart home devices to perform operations.



## Smart We Link
eWeLink support

**DETAILS**

Smart home

**AVAILABLE DEVICES**

Android 6.0+ watches

Android 6.0+ TVs

Google Home

Android 5.0+ phones

iOS 10.0+ devices

Headphones

Smart Displays

Smart We Link can control different brands and types of smart devices via voice commands, such as lamps, switches, sockets, and humidifiers.

Users are required to bind Smart We Link to their EWeLink accounts when they use Smart We Link at the first time. Meanwhile the EWeLink account must have been added at least one smart device.

In order to obtain better control performance, please specify a clear name for each device in EWeLink APP like "switch", "socket".

**ASK YOUR ASSISTANT**

Set the temperature to 65 degrees

[10]

## How to build

To connect your device with Google Assistant, you need to build a smart home Action. Assistant handles how users trigger your Action (in multiple languages) and provides you with useful metadata through Home Graph (such as the state of a specific device based on the user's room); all you need to do is respond to the requests through your fulfillment service.

[5]

10

<table>
<tr><td></td><td>

## Fulfillment

Fulfillment is code that is deployed as a webhook that lets you generate dynamic responses for every type of smart home intent. During a user conversation with Google Assistant, fulfillment allows you to use the information extracted by Google's natural language processing to generate dynamic responses or trigger actions on your back-end such as turning on a light.

Your fulfillment receives requests from Assistant, processes the request and responds. This back-and-forth request and response process drives the conversation forward until you eventually fulfill the initial user request. In most cases, a user would have a simple smart home interaction with Google Assistant such as Hey Google, turn on my light. However, if you implement two-factor authentication , your fulfillment might have to process multiple requests and responses as Google Assistant might ask for a confirmation PIN after a specific user request such as *Hey Google, unlock my front door*.

[6]

</td></tr>
<tr><td>transmitting the formatted device command to the second device; and</td><td>The formatted device command is transmitted to the second device.

For example, the formatted device command is transmitted over an Internet connection via data networking protocols (e.g. Internet and Wi-Fi protocols) to the smart home device.</td></tr>
</table>

11

Figure 1 shows a successful fulfillment and execution of a smart home EXECUTE intent.



**Figure 1.** A successful developer cloud execution path.

[6]
For example, the smart home device needs to be connected to the home's Wi-Fi to receive operating commands. For example, the SONOFF DUALR3 Wi-Fi DIY Smart Switch has IEEE 802.11 b/g/n/ 2.4 GHz Wi-Fi capability and a Wi-Fi signal indicator.



[12]
For example, all of the SONOFF eWeLink smart home devices have Wi-Fi connection capability.



[1]

| the second device executing the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device. | The smart home device executes the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device.<br><br>For example, the smart home device, acting as the second device, performs the voice command formatted as a device command e.g. brightening the lights. |
| --- | --- |



"Hey Google, brighten the bedroom light"

[1]

Additionally, for initial setup, Google Home executing on the Google-Assistant-enabled mobile device needs to be linked to the eWeLink App and authorized with the eWeLink account. During this process, the smart home device and mobile device would typically be connected to the same Wi-Fi network, which is within an area of about 2500 sq. ft.



[1]



[1]

[1]

17



[1]

[1]

18



[1]

19



[1]

## Check that your devices are on the same Wi-Fi network

**Android**   iPhone & iPad

### Step 1. Check the Wi-Fi network of mobile device or tablet

1. Locate and tap **Settings** > **Wi-Fi**. The Wi-Fi network labeled "Connected" is the network you're connected to. This must match the network that the device is connected to.

2. To change the network:
   - Tap a new network > enter password > **Connect**.
   - If you've entered the password for that network before, tap **Connect**.

[8]

**Product List** [1]

**Wi-Fi DIY Smart Switches:** SONOFF DUALR3, SONOFF BASICR2, SONOFF RFR2, SONOFF BASICR3, SONOFF RFR3, SONOFF MINIR2, SONOFF D1 Dimmer, SONOFF 4CHR3/PROR3, SONOFF Micro, SONOFF DUALR2, SONOFF POWR2, SONOFF iFan03, SONOFF TH10/TH16

**Wi-Fi Smart Wall Switches:** SONOFF TX, SONOFF 1W100/1W101

**Wi-Fi Smart Plugs:** SONOFF S26, SONOFF S20, SONOFF S55, SONOFF S31/S31 Lite

**Wi-Fi Smart Lighting:** SONOFF L1-Lite, SONOFF B02/B05-B, SONOFF B02-F, SONOFF L1, SONOFF SlampherR2

**Wi-Fi Smart Home Security:** SONOFF DW2-Wi-Fi, SONOFF GK-200MP2-B

**Software:**
eWeLink App

**References:**

[1] Sonoff - Works Google Assistant
https://sonoff.tech/sonoff-works-google-assistant

[2] Google Play - eWeLink - Smart Home
https://play.google.com/store/apps/details?id=com.coolkit&hl=en_CA&gl=US

[3] Use Google Assistant with Nest products
https://support.google.com/googlenest/answer/9325085?hl=en#zippy=%2Cget-the-google-assistant

[4] Google Assistant – Get things done, hands-free
https://play.google.com/store/apps/details?id=com.google.android.apps.googleassistant&hl=en_CA&gl=US

[5] Overview
https://developers.google.com/assistant/smarthome/overview

[6] Fulfillment and authentication
https://developers.google.com/assistant/smarthome/concepts/fulfillment-authentication

[7] How many Google Nest or Google Wifi points do I need?
 https://support.google.com/googlenest/answer/7182840?hl=en-CA&ref_topic=9831837

[8] Check that your devices are on the same Wi-Fi network
https://support.google.com/googlenest/answer/7360025?hl=en-CA&ref_topic=7196419#zippy=%2Cspeakers

[9] SONOFF WORK WITH GOOGLE ASSISTANT
https://www.itead.cc/blog/sonoff-work-with-google-home

[10] Hey Google – Smart We Link Action
https://assistant.google.com/services/a/uid/000000d47c6c5955?hl=en-US
[11] eWeLink BRINGS YOUR HOME TO LIFE
https://sonoff.tech/ewelink

[12] SONOFF DUALR3
https://sonoff.tech/product/wifi-diy-smart-switches/dualr3