AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**CEDAR LANE TECHNOLOGIES INC.,**
*Plaintiff*

V.     Civil Action No. **6:21−CV−00449**

**SHENZHEN SONOFF TECHNOLOGIES CO., LTD.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Shenzhen Sonoff Technologies Co., Ltd.
c/o Shenzhen Sonoff Technologies Co., Ltd.
301, 3F, BLDG 52,The Third Industrial Park
Bantian, Longgang DistShenzhen
GD518055 China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

**ISSUED ON 2021−04−30 15:52:58**

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Index: 6:21CV00449
Date Filed: 04/30/2021
Court/Return Date:
File #

ATTORNEY(S) RABICOFF LAW LLC PH: (773) 669-4590
5680 KING CENTRE DRIVE, SUITE 645 ALEXANDRIA, VA 22315

**CEDAR LANE TECHNOLOGIES INC.,**

vs

*Shenzhen Sonoff Technologies Co., Ltd.*
*c/o Shenzhen Sonoff Technologies Co., Ltd.*

Plaintiff

Defendant

STATE OF __Texas__, COUNTY OF __Travis__ ss.:
__Mike Techow__, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On __May 7th, 2021__ at __9:20__ AM/PM
at Texas Secretary of State, 1019 Brazos, Austin, TX 78701 deponent served the within
__2 copies__ Summons in a Civil Action, Complaint for Patent Infringement, Exhibits with __$55 SOS Fee__

on: Shenzhen Sonoff Technologies Co., Ltd.  therein named.
c/o Shenzhen Sonoff Technologies Co., Ltd.

**#1 INDIVIDUAL** □ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION LLC/LLP** ☑ By delivering thereat a true copy of each to __Michelle Robinson__ and that deponent knew the person so served to be the __Authorized Agent__ of the entity, and authorized to to accept service on behalf of the Corporation/Government Agency/Entity.

**#3 SUITABLE AGE PERSON** □ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** □ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** □ On _____, service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
□ and by Certified Mail # _____
Address confirmation: _____

**#7 DESCRIPTION** (use with #1, 2 or 3) ☑ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __F__ Color of skin: __White__ Color of hair: __Blonde__ Age: __45__ Height: __5'11__
Weight: __175__ Other Features: _____

**#8 WIT FEES** ☑ $55 the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** □ Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

**#10 OTHER** □

Sworn to before me on __May 11 2021__

NOTARY PUBLIC
SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

Process Server, Please Sign __mike Techow__

Job # 2110423